IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-1657-WYD-MJW

CINDY L. MUIR,

    Plaintiff(s),

v.

HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, and United Airlines Medical and Dental Plan,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion to Withdraw is **GRANTED.**  Accordingly, Elizabeth R. Imhoff is allowed to withdraw as counsel of record for Defendants and her name shall be removed from future pleadings and documents related to this matter.

Dated:  September 6, 2005

                                      s/ M. Brooke McKinley
                                      Law Clerk to
                                      Wiley Y. Daniel