IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01657-WYD-MJW

CINDY L. MUIR,

     Plaintiff,

v.

HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, and UNITED AIRLINES MEDICAL AND DENTAL PLAN,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendants' Motion for Leave to File Motion *in Limine* Out of Time [# 61], filed April 14, 2006, is **GRANTED**.  The Court will accept Defendants' Motion to Strike [# 62], which was filed on April 14, 2006.

     Dated:  April 17, 2006

                                       s/ M. Brooke McKinley
                                       Law Clerk to
                                       Wiley Y. Daniel
                                       U. S. District Judge