IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01657-WYD-MJW

CINDY L. MUIR,

    Plaintiff,

v.

HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, and UNITED AIRLINES MEDICAL AND DENTAL PLAN,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulated Motion to Dismiss, filed on June 27, 2006.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Joint Stipulated Motion to Dismiss is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs and attorneys' fees.

Dated:  June 27, 2006

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                U. S. District Judge